ORIGINAL

1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID T. SHELLEDY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2799

5  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY C. CALEGARI, | No. CIVS-04-0375 MCE JFM |
| Plaintiff, | |
| v. | STIPULATION, AGREEMENT AND ORDER TO DISMISS, WITH WAIVER OF COSTS AND APPEAL OF RELATED ARBITRATION DECISION |
| HON. NORMAN Y. MINETA, SECRETARY OF TRANSPORTATION, | |
| Defendant. | |

Plaintiff Judy C. Calegari ("plaintiff") and defendant Hon. Norman Y. Mineta, Secretary of Transportation ("defendant"), hereby stipulate and agree to dismiss this action with prejudice, each party to bear his or her own costs and fees.

In consideration of defendant's agreement to the above terms, plaintiff hereby waives appeal or other judicial review of any Guaranteed Fair Treatment decision concerning or arising from her former employment with the Federal Aviation Administration.

///
///
///

1  Each attorney signing below warrants and represents that he
2  has authority to bind the person on whose behalf he is signing to
3  the terms of this stipulation and agreement.
4  April 25, 2005                          McGREGOR W. SCOTT
                                           United States Attorney
5
6
                                      By: /s/ David T. Shelledy
7                                          DAVID T. SHELLEDY
                                           Assistant U.S. Attorney
8                                          Attorney for defendant
9
10 April 15, 2005                          /s/ Richard D. Schramm
                                           RICHARD D. SCHRAMM, ESQ.
11                                         Employment Rights Attorneys
                                           Attorney for plaintiff
12
13
14 April 15, 2005                          /s/ Judy C. Calegari
                                           JUDY C. CALEGARI
15                                         Plaintiff
16
17
18
19                                   ORDER
20     It is so ordered.
21
22 Dated: 4/26/05
                                           /s/ Morrison C. England, Jr.
23                                         MORRISON C. ENGLAND, JR.
                                           U.S. District Judge
24
25
26
27
28

2

Live 2.4 CM/ECF - U.S. District Court for Eastern California                Page 1 of 1

Case 2:04-cv-00375-MCE-JFM   Document 45   Filed 04/27/05   Page 3 of 3

## Other Documents

2:04-cv-00375-MCE-JFM Calegari v. Mineta

## U.S. District Court

### Eastern District of California - Live System

Notice of Electronic Filing

The following transaction was received from Shelledy, David Taylor entered on 4/25/2005 at 2:24 PM PDT and filed on 4/25/2005

**Case Name:** Calegari v. Mineta
**Case Number:** 2:04-cv-375
**Filer:** Norman Y Mineta
**Document Number:** 44

**Docket Text:**
STIPULATION and PROPOSED ORDER Stipulation, Agreement and Order to Dismiss, With Waiver of Costs and Appeal of Related Arbitration Decision by Norman Y Mineta. (Shelledy, David)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=4/25/2005] [FileNumber=389780-0]
[924941d33d74ac7e14e64b7e611e461cbe650e30332bfc3c3a9cb3d7748963a25479
74f6c5fbad9d0f097e0e0c06b851683c8717af3d06687b5600f8c2533a69]]

**2:04-cv-375 Notice will be electronically mailed to:**

Richard D Schramm    rschramm@workplaceattys.com,

David Taylor Shelledy    david.shelledy@usdoj.gov, monica.lee@usdoj.gov, saccv.ecf@usdoj.gov

**2:04-cv-375 Notice will be delivered by other means to:**